

**LAW OFFICE OF**
**GABRIEL A. LEVY, P.C.**

1129 Northern Boulevard. Suite 404, Manhasset, NY 11030  ✉ Glevy@glpcfirm.com  📞 (347) 941-4715

June 5, 2024

Hon. Judge Valerie E. Caproni
United States District Judge
United States Courthouse
40 Foley Square,
New York, NY 10007

RE:     **KARIM v. BATHS OF DISTINCTION, INC.**
        **DOCKET NO. 1:24-cv-826**

Dear Judge Caproni:

  The undersigned represents Jessica Karim, the plaintiff in the above-referenced matter. I write to advise the Court that this case has been settled in principle.

  The parties are currently in the process of finalizing settlement terms and conditions and we anticipate filing a Stipulation of Dismissal with Prejudice within the next forty-five (45) days. As such, the undersigned respectfully requests that the Court adjourn all deadlines sine die, and allow the parties forty-five (45) days to finalize settlement.

  Thank you for your time and consideration on this matter.

          Respectfully,

          Gabriel A. Levy